**HLD-007**                                                                                    **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-1059
_____

IN RE:  KENNETH CHAPLIN,
                                                                 Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to E.D. Pa. Crim. No. 90-cr-00238-006 and Civ. No. 97-cv-03029)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
February 27, 2014

Before:  McKEE, Chief Judge, GARTH and SCIRICA, Circuit Judges

(Opinion filed April 4, 2014)
_____

OPINION
_____

PER CURIAM

     Pro se petitioner, Kenneth Chaplin, has filed a mandamus petition pursuant to 28

U.S.C. § 1651, wherein he seeks to compel the United States District Court for the

Eastern District of Pennsylvania to rule on a motion he filed pursuant to Fed. R. Civ. P.

59(e) wherein he seeks reconsideration of the denial of his Rule 60(b) motion.  Finding

no basis for granting mandamus relief, we will deny the petition.

     From a review of the District Court docket, an order disposing of the

reconsideration motion was entered on March 12, 2014. Accordingly, Chaplin's petition for writ of mandamus seeking to compel the District Court to dispose of his motion is moot. The petition for a writ of mandamus is thus denied.